IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

**ROBERT LANDIS WILLIAMS, III,**

     **Plaintiff,**

v.                                                 CASE NO. 5:14-cv-90-RS-CJK

**GARRY NEIL DRUMMOND, et al.,,**

     **Defendants.**
_____/

## ORDER

Before me is the March 26, 2015, Magistrate Judge's Report and Recommendation (Doc. 11). To date, no objections have been filed. Accordingly, I have reviewed the report *de novo*.

**IT IS ORDERED:**

1. The Magistrate Judge's Report and Recommendation (Doc. 11) is approved and incorporated in this Order.

2. This case is **DISMISSED without prejudice** for failure to comply with an order of the court and/or failure to state a claim upon which relief can be granted.

3. The Clerk is directed to close this case.

**ORDERED** on April 27, 2015.

                                                 /S/ Richard Smoak
                                                 **RICHARD SMOAK**
                                                 **UNITED STATES DISTRICT JUDGE**